# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LINFO IP, LLC | ) |
|     Plaintiff, | ) |
| | )  Civil Action No. 6:23-cv-00281-ADA |
| v. | ) |
| | ) |
| LAMPS PLUS, INC. | ) |
|     Defendant. | ) |

## NOTICE OF SETTLEMENT

The parties hereby notify the Court that the parties have reached a settlement of all issues in this case. The parties request that the case and all deadlines be stayed (including Defendant's deadline to answer or otherwise respond to the complaint). The parties will work to finalize and complete the settlement agreement and within 30 days file a stipulation of dismissal with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

DATED: June 8, 2023                    Respectfully submitted,

**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

*/s/ Jennifer Klein Ayers*
Jennifer Klein Ayers
Texas State Bar No. 24069322
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Telephone: (469) 391-7400
Facsimile: (469) 391-7401
Email: jayers@sheppardmullin.com

*Attorneys for Defendant LAMPS PLUS, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2023, I caused copies of the foregoing document to be served upon the following in the manner indicated:

| | |
|---|---|
| William P. Ramey, III<br>Texas State Bar No. 24027643<br>**RAMEY LLP**<br>5020 Montrose Blvd., Suite 800<br>Houston, Texas 77006<br>(713) 426-3923 (Telephone)<br>(832) 900-4941 (Fax)<br>wramey@rameyfirm.com | *VIA ELECTRONIC MAIL* |

*Attorneys for Plaintiff LINFO IP, LLC*

                                          /s/ *Amy Mertens*
                                          Amy Mertens