# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LINFO IP, LLC, ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 6:23-cv-00281-ADA |
| v. ) | |
| ) | |
| LAMPS PLUS, INC., ) | JURY TRIAL DEMANDED |
|     Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(ii), the Plaintiff, Linfo IP, LLC and Defendant, Lamps Plus, Inc., hereby jointly stipulate the dismissal of this action for all of Plaintiff's claims WITH PREJUDICE. The Parties further jointly stipulate and agree that each party shall bear its own costs, expenses and attorneys' fees.

Dated: July 13, 2023

Respectfully submitted,

*/s/ Jennifer Klein Ayers*

Jennifer Klein Ayers
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
Texas State Bar No. 24069322
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Telephone: (469) 391-7400
Facsimile: (469) 391-7401
Email: jayers@sheppardmullin.com

*Attorneys for Defendant LAMPS PLUS, INC*.

Respectfully submitted,

*/s/ William P. Ramey, III*

William P. Ramey, III
Texas Bar No. 24027643
**Ramey LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
wramey@rameyfirm.com

*Attorneys for Linfo IP, LLC*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that July 13, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ William P. Ramey, III*
William P. Ramey, III
